### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Syeed v. Bloomberg L.P. _____ Docket No.: 22-1251 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Niall MacGiollabhui

Firm: Law Office of Niall MacGiollabhui

Address: 171 Madison Avenue, Suite 305, New York, NY 10016

Telephone: (646) 850-7516 _____ Fax: (347) 620-1395

E-mail: niallmacg@macglaw.com

Appearance for: Syeed / Plaintiff-Appellant
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Donna H. Clancy / The Clancy Law Firm )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on January 8, 2021 OR

[ ] I applied for admission on .

Signature of Counsel: *Niall MacGiollabhui*

Type or Print Name: Niall MacGiollabhui